The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FLOYD MARTIN,<br><br>　　　　　　　　　Defendant. | No. CR19-185 RSL<br><br>ORDER SCHEDULING TRIAL DATE |

Having considered the record and the government's May 29, 2020, motion, and General Orders 02-20, 07-20, and 08-20 for the Western District of Washington, and after hearing from both parties, the Court FINDS that neither the trial nor in-person hearings can proceed any earlier than August 2020. For the reasons detailed in the government's motion, the ends of justice served by continuing the trial and status hearing outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the government's motion to schedule a trial date is GRANTED. After considering the requests of counsel with respect to the particular trial date, the trial is scheduled for October 5, 2020, at 9:00 a.m. Pretrial motions are due by August 7, 2020.

IT IS FURTHER ORDERED that the time between the date of the filing of the government's motion and the October 5, 2020, trial date is excluded in computing the time

within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 8th day of June, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge