The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-185 RSL |
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| FLOYD MARTIN, | |
| Defendant. | |

Having considered the record, the parties' agreed motion to continue the trial date (Dkt. #32), and General Orders 02-20, 07-20, 08-20, 11-20, and 13-20 for the Western District of Washington, incorporated by reference herein, the Court FINDS as follows:

1. The Court adopts the facts set forth in the motion; specifically, that defense counsel needs additional time to effectively prepare for trial. The Court finds, for the reasons detailed in the parties' agreed motion, that the ends of justice served by continuing the trial outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. Defendant has signed a waiver (Dkt. #33) indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and

including March 23, 2021.

IT IS THEREFORE ORDERED that the parties' motion to continue the trial date is GRANTED. The trial is scheduled for February 22, 2021 at 9:00 a.m.

IT IS FURTHER ORDERED that the pretrial motions deadline be continued to January 18, 2021.

IT IS FURTHER ORDERED that the period of time between the date of the filing of the government's motion and the February 22, 2021 trial date is excluded in computing the time within which trial must commence, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 30th day of September, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge