THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-185RSL |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE |
| FLOYD MARTIN, | |
| Defendant. | |

THE COURT has considered the unopposed motion of the parties to proceed forward with a guilty plea hearing via videoconference and finds that:

(a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Mr. Martin would like to plead guilty and resolve the case in a timely fashion; and

(c) Mr. Martin wishes to enter a plea as soon as possible in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery process. Mr.

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE  - 1
*USA v. Martin, CR19-185RSL*

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   Martin believes that the Court may not be as able to accommodate a timely resolution
2   of his case in the future as more cases are delayed; and
3       (d) a videoconference guilty plea hearing would avoid further delays in the
4   ultimate sentencing in this case, which would cause "serious harm to the interests of
5   justice." See General Order No. 04-20 (3/30/20).
6       IT IS THEREFORE ORDERED that this matter should be set for a guilty plea
7   hearing via videoconference on Wednesday, November 18, 2020.
8       DONE this __17th__ day of November, 2020.

                                                *[signature]*
                                                ROBERT S. LASNIK
                                                UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Gregory Geist*
Assistant Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE   - 2
*USA v. Martin, CR19-185RSL*

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100