THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FLOYD MARTIN, <br><br> Defendant. | No. CR 19-185-RSL <br><br> ORDER GRANTING STIPULATED MOTION TO SUPPLEMENT MOTION FOR COMPASSIONATE RELEASE AND BRIEFING SCHEDULE |

THE COURT has considered the stipulated motion of the parties to allow the defendant to file a supplement to his motion for sentence reduction and the proposed briefing schedule, and the records and files in this case.

The motion is GRANTED. The defendant shall file his supplement by January 10, 2024; the government's response is due by February 12, 2024; the reply is due by February 19, 2024, and noted for that day.

DONE this 2nd day of November, 2023.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Floyd Martin

s/ *Teal Miller*
Assistant United States Attorney
*per electronic authorization*

ORDER TO FILE SUPPLEMENT TO
MOTION FOR COMPASSIONATE
RELEAE AND BRIEFING SCHEDULE
(*U.S. v. Martin*; CR19-185-RSL)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100