THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-185-RSL |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE SUPPLEMENT TO MOTION FOR COMPASSIONATE RELEASE AND BRIEFING SCHEDULE |
| v. | |
| FLOYD MARTIN, | |
| Defendant. | |

THE COURT has considered the stipulated motion of the parties to extend time for Mr. Martin to file a supplement to his motion for a sentence reduction along with the records in this case.

The motion is GRANTED. Mr. Martin's supplement is due by March 15, 2024, which will be noted for May 6, 2024. The government's response is due by May 1, 2024. Mr. Martin's reply is due by May 6, 2024.

DONE this 10th day of January 2024.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Floyd Martin

ORDER GRANTING EXTENSION OF TIME TO
FILE SUPPLEMENT AND BRIEFING SCHEDULE
(*U.S. v. Martin*; CR19-185-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100