The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR19-185 RSL |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION** |
| FLOYD MARTIN, | |
| Defendant. | |

THE COURT having received and reviewed the government's Emergency Motion to Extend Time to Respond to Defendant's Motion for Sentence Reduction, and based on all the records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Emergency Motion to Extend Time to Respond to Defendant's Motion for Sentence Reduction is GRANTED.

/ / /

/ / /

*United States v. Martin* / CR19-185 RSL
Order to Extend Time to Respond - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | The government's response responsive brief is now due May 22nd, 2024. |
| 2 | |
| 3 | DATED this __2nd__ day of May, 2024. |

*[Signature: Robert S. Lasnik]*

ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

---

*United States v. Martin* / CR19-185 RSL
Order to Extend Time to Respond - 2