The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLOYD MARTIN,<br><br>Defendant. | NO. CR19-0185 RSL<br><br>ORDER GRANTING MOTION TO SEAL DECLARATION OF TEAL MILLER AND ITS EXHIBIT |

This matter has come before the Court on the motion to seal the Declaration of Teal Miller and its exhibit. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Declaration of Teal Miller and its exhibit, due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order - 1
*United States v. Martin*, CR19-0185 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that the Declaration of Teal Miller and its exhibit be filed under seal.

DATED this 30th day of September, 2024.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney

Sealing Order - 2
*United States v. Martin*, CR19-0185 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970