THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FLOYD MARTIN,<br><br>    Defendant. | No. CR19-185-RSL<br><br>ORDER TO SEAL RESPONSE TO GOVERNMENT'S STATUS UPDATE |

THE COURT has considered Floyd Martin's motion to seal his response to the government's status update, which contains confidential information in regard to a sealed filing.

IT IS ORDERED that Mr. Martin's response shall be filed under seal.

DATED this 30th day of September, 2024.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vicki Lai*
Assistant Federal Public Defender
Attorney for Floyd Martin

ORDER TO SEAL RESPONSE
(*U.S. v. Martin,* CR19-185-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100